IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**MALAYSIA WALTON**     **PLAINTIFF**

**V.**     **CIVIL ACTION NO.: 3:20CV211-MPM-JMV**

**CITY OF TUNICA, MISSISSIPPI,**
**TUNICA COUNTY, MISSISSIPPI, &**
**JOHN DOE DEFENDANT OFFICERS**
**1-10 in their individual and official capacities**     **DEFENDANTS**

### ORDER LIFTING STAY

On or about December 15, 2020, Defendant Tunica County moved to dismiss for failure to serve process [11]. In response to same, this court, *sua sponte*, entered an order staying certain proceedings [12]. No party thereafter moved to undertake jurisdictional discovery, and the court has now ruled upon the Defendant's motion, denying same [26].

IT IS, THEREFORE, ORDERED that the stay imposed by the undersigned on December 22, 2020, is hereby LIFTED. The court will hereafter proceed with the scheduling of a Case Management Conference.

SO ORDERED, this the 16th day of June, 2021.

                 /s/ Jane M. Virden
                 **UNITED STATES MAGISTRATE JUDGE**