IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MALAYSIA WALTON                                                    PLAINTIFF

VS.                                          CIVIL ACTION NO. 3:20-cv00211-MPM-JMV

CITY OF TUNICA, MISSISSIPPI,
TUNICA COUNTY, MISSISSIPPI,
DEPUTY BRANDON SMITH (in his
individual and official capacity), DEPUTY
BOBBY JEFFERIES (in his individual and
official capacity), CAPTAIN WALTER
FRENCH (in his individual and official
capacity)                                                  DEFENDANTS

### **RULE 54(b) STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CITY OF TUNICA, MISSISSIPPI**

COME NOW Plaintiff Malaysia Walton and Defendant City of Tunica, Mississippi, by and through their respective counsel, and pursuant to Rule 41(a)(1)(A)(ii) and/or Rule 41(a)(2) of the *Federal Rules of Civil Procedure*, hereby stipulate to the dismissal with prejudice of all causes of action against defendant City of Tunica, Mississippi, with each party to bear their own costs.

FURTHER, since Plaintiff continues to pursue her claims against the remaining defendants, these parties request and the Court so finds, that there is no just reason for delaying the entry of a final judgment dismissing plaintiff's claims against defendant City of Tunica, Mississippi pursuant to Rule 54(b) of the *Federal Rules of Civil Procedure*.

IT IS THEREFORE ORDERED AND ADJUDGED, that the plaintiff's claims against defendant City of Tunica, Mississippi are hereby finally dismissed with prejudice and that final judgment is hereby rendered in favor of defendant City of Tunica, Mississippi as provided by Rule 54(b) of the *Federal Rules of Civil Procedure*. The clerk is directed to enter the final judgment as set forth herein, thereby making this a final judgment with respect to plaintiff's claims against the

{D1927262.1}

City of Tunica, Mississippi. Plaintiff may continue to pursue her claims against the remaining defendants.

SO ORDERED AND ADJUDGED this the 18TH day of MAY, 2022.

/s/ Michael P. Mills
HONORABLE MICHAEL P. MILLS
DISTRICT COURT JUDGE

APPROVED AND AGREED TO:

_____
Victoria Washington, Esq. - MS Bar No. 104843
Attorney for Plaintiff

_____
Wilton V. Byars, III, Esq. – MS Bar No. 9335
Marissa Watson, Esq. – MS Bar No. 106249
*Attorneys for Defendant City of Tunica, Mississippi*

Presented By:

Wilton V. Byars, III
Marissa Watson
Daniel Coker Horton & Bell, P.A.
265 North Lamar Boulevard, Suite R
Post Office Box 1396
Oxford, Mississippi 38655-1396
Telephone: 662-232-8979
Facsimile: 662-232-8940
wbyars@danielcoker.com
mwatson@danielcoker.com

{D1927262.1}

2