**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**MALAYSIA WALTON**                                                                          **PLAINTIFF**

**V.**                                                             **NO.: 3:20-cv-211-MPM-JMV**

**CITY OF TUNICA, MISSISSIPPI, et al.**                                       **DEFENDANT**

**ORDER**

Pursuant to the order [117] granting the motion to continue trial, *Daubert* and dispositive motions are now due October 6, 2022. Should any party desire to extend the discovery deadline, they should do so by filing a motion requesting the same within seven (7) business days from the date of this order.

**SO ORDERED** this, the 14th day of July, 2022.

                                                                 /s/ Jane M. Virden
                                                                 **UNITED STATES MAGISTRATE JUDGE**